Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| BEVERLY ROBERTS, ) | Case No.: 4:08-cv-00644-HCE |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| WEST ASSET MANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff, BEVERLY ROBERTS, by and through her attorneys, KROHN & MOSS, LTD. hereby informs the court that the parties have reached settlement of the present matter and are in the process of finalizing settlement, which parties anticipate will be finalized within the next 30 days.

The Parties therefore jointly request that this honorable court vacate all dates currently set on calendar for the present matter.

                                        Respectfully Submitted,

DATED: February 5, 2009       KROHN & MOSS, LTD.


                                      By: /s/ Ryan Lee

                                          Ryan Lee
                                          Attorney for Plaintiff